IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR DARNELL THOMAS,** | ) | |
| Petitioner, | ) | Civil Action No. 17-75J |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| **DISTRICT ATTORNEY OF BLAIR COUNTY and ATTORNEY GENERAL OF THE STATE OF PENNSYLVAVNIA,** | ) | |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 7th day of September, 2017,

**IT IS HEREBY ORDERED** that the Motion to Stay (ECF No. 5) is granted.

**IT IS FURTHER ORDERED** that the Clerk of Court stay and administratively close this case

**AND IT IS FURTHER ORDERED** that, in the event that Petitioner does not get the relief he seeks in state court, he shall file a motion to lift the stay and re-open this case within thirty (30) days of exhaustion of his state court remedies.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Victor Darnell Thomas
11021-068
LORETTO
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 1000
Loretto, PA 15940
*Via First Class U.S. Mail*